STATE v. ROMES

No. 131 PC.

Case below: 14 N.C. App. 602.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.

STATE v. WADE

No. 125 PC.

Case below: 14 N.C. App. 414.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.

STATE v. WILLIAMS

No. 117 PC.

Case below: 14 N.C. App. 431.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 August 1972.

STATE v. WILSON

No. 121 PC.

Case below: 14 N.C. App. 399.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 August 1972.

STATE v. WRIGHT

No. 145 PC.

Case below: 14 N.C. App. 675.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 August 1972.